[Cite as *Jackson v. Ohio Dept. of Transp.*, 2011-Ohio-4380.]



# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

HALLE ANN JACKSON

    Plaintiff

    v.

OHIO DEPT. OF TRANSPORTATION

    Defendant

Case No. 2011-05564-AD

Deputy Clerk Daniel R. Borchert

<u>ENTRY OF DISMISSAL</u>

{¶1} On April 8, 2011, plaintiff was ordered to either pay the $25 filing fee or to file a poverty statement. Plaintiff was also ordered to submit a copy of the form complaint with her original signature. Plaintiff has failed to comply with the court orders. Therefore, plaintiff's action is DISMISSED, without prejudice, pursuant to Civ.R. 41(B)(1). The court shall absorb the costs of this case.

_____
DANIEL R. BORCHERT
Deputy Clerk

cc:

Halle Ann Jackson
3423 Yellow Creek Road
Akron, Ohio 44333

DRB/laa
Filed 5/26/11
Sent to S.C. reporter 8/26/11